DMB:JPL
F.#2010R00172

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

MOHAMMED WALI ZAZI,

        Defendant.

I N D I C T M E N T

Cr. No. _____
(T. 18, U.S.C., §§
1512(k) and 3551
et seq.)

- - - - - - - - - - - - - - - - -X

THE GRAND JURY CHARGES:

CONSPIRACY TO OBSTRUCT JUSTICE

       In or about September 2009, within the Eastern District of New York, the District of Colorado and elsewhere, the defendant MOHAMMED WALI ZAZI, together with others, did knowingly and intentionally conspire to corruptly alter, destroy, mutilate and conceal objects, to wit: glasses, masks, liquid chemicals and containers, with the intent to impair the objects' integrity and availability for use in an official proceeding, to wit: a federal

2

grand jury investigation into federal crimes of terrorism, and otherwise obstruct, influence and impede that proceeding, in violation of Title 18, United States Code, Section 1512(c).

(Title 18, United States Code, Sections 1512(k) and 3551 et seq.)

A TRUE BILL

FOREPERSON

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: **United States v. Mohammed Wali Zazi**

2. Related Magistrate Docket Number(s):

    None (X)

3. Arrest Date:

4. Nature of offense(s):  ☒ Felony
                          ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): __09-CR-663 (RJD)__

6. Projected Length of Trial:    Less than 6 weeks    (X)
                                 More than 6 weeks    ( )

7. County in which crime was allegedly committed: Queens
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?    (X) Yes  ~~( ) No~~

9. Have arrest warrants been ordered?                      (X) Yes  ( ) No


                                        BENTON J. CAMPBELL
                                        UNITED STATES ATTORNEY

                                    By: _____
                                        Jeffrey H. Knox
                                        David Bitkower
                                        James Loonam
                                        Berit W. Berger
                                        Assistant U.S. Attorney
                                        718-254-7581/6309/7520/6134

Rev. 3/22/01