COLSON & HARRIS LLP

10 East 40th Street
Suite 3307
New York, NY 10016

T  212-257-6455
F  212-257-6453

June 8, 2010

By ECF

Honorable Raymond Dearie
United States District Judge
United States District Court
Eastern District of New York
Brooklyn, N.Y. 11201

   Re: *United States v. Mohammed Zazi, 10 Cr 60 (RJD)*

Your Honor:

   I write to request a three-week adjournment of the status conference, currently scheduled for June 15, 2010.  As Your Honor is aware, Mr. Zazi is on home detention and electronic monitoring in Aurora, Colorado.  Ms. Harris and I have just returned from meeting with him there, during which time we reviewed the discovery and analyzed the factual and legal issues at play in his case.  Now that we've met with Mr. Zazi, we are seeking additional time to discuss a possible resolution of the case with the government.  We do not wish to delay a trial in this case.  However, since Mr. Zazi is on the "No Fly" list, and his family has limited financial resources, we hesitate to have him travel to New York until we have meaningful issues to raise with the Court.  The government has no objection to an adjournment.

   Thank you for your attention to this matter.

       Very truly yours,

       Deborah Colson

cc: AUSA Jeffrey Knox

Document2