

## COLSON & HARRIS LLP

10 East 40th Street
Suite 5307
New York, NY 10016

T 212 257-6455
F 212 257 6453

September 17, 2010

Honorable Raymond Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re:   *U.S. v. Mohammed Zazi, 10 Cr. 60*

Your Honor:

Following a conversation with your deputy, Ellen Mulqueen, I write to confirm that the status conference in this matter has been changed to September 29, 2010 at 10 am.

Thank you for your attention to this matter.

Very truly yours,

Deborah Colson
(212) 257-6452

cc:   AUSA David Bitkower

So Ordered.

s/ Judge Raymond J. Dearie

9/20/10