

COLSON & HARRIS LLP

10 East 40th Street
Suite 3307
New York, NY 10016

T 212-257-6455
F 212-257-6453

December 1, 2010

By ECF

Honorable Raymond Dearie
United States District Judge
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re:   *United States v. Mohammed Zazi,* 10 Cr. 60

Dear Judge Dearie:

Mr. Zazi is scheduled to appear before this Court for an arraignment on the superseding indictment on December 9, 2010.  Your Honor has already approved an order requiring the U.S. Marshals to arrange for and cover the cost of his travel to and from New York.

I now write to request authorization to book a reasonably-priced hotel room for Mr. Zazi from December 7, 2010 through December 9, 2010.  We have located several hotels in downtown Brooklyn costing $150 - $175 per night.  During previous visits to New York, Mr. Zazi roomed with a friend. This friend no longer lives in New York, however, and Mr. Zazi has been unable to find anyone else to stay with.

Thank you for your attention to this matter.

Very truly yours,

Deborah Colson
(212) 257-6452

AUSA Andrew Goldsmith