FILED WITH THE
COURT SECURITY OFFICER
CSO: Macisso
DATE: 5/9/11

DMB:AEG/CSS/MBM
F.#2010R00172

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      v.

MOHAMMED WALI ZAZI,

          Defendant.

- - - - - - - - - - - - - - - - X

**FILED EX PARTE,
IN CAMERA, AND UNDER SEAL**

10-CR-60 (S-1)(RJD)

## GOVERNMENT'S MEMORANDUM IN OPPOSITION TO THE DEFENDANT'S MOTION RELATING TO THE FOREIGN INTELLIGENCE SURVEILLANCE ACT

Andrew E. Goldsmith
Berit W. Berger
Melissa B. Marrus
    Assistant United States Attorneys,
    Eastern District of New York

Of counsel.