

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

BWB
F.#2010R0172

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

June 7, 2011

**By Email and ECF**

Deborah Colson, Esq.
Colson & Harris LLP
10 E. 40th Street, Suite 3307
New York, N.Y. 10016

        Re:  United States v. Mohammed Wali Zazi
             Criminal Docket No. 10-60 (S-1) (JG)

Dear Ms. Colson:

      In your March 18, 2011 motion you moved to suppress two children's backpacks that were recovered from the defendant's home on February 1, 2010.  After further review, the government does not intend to introduce the backpacks as evidence at trial.  Accordingly, a suppression hearing concerning the recovery of the backpacks is unnecessary.  The government reserves the right to use the backpacks at trial as impeachment evidence, to refresh a witness's recollection or at sentencing.  See <u>Walder v. United States</u>, 347 U.S. 62, 65-66 (1954); <u>United States v. Tejada</u>, 956 F.2d 1256, 1262-63 (2d Cir. 1992); <u>United States v. Kusek</u>, 844 F.2d 942, 949 (2d Cir. 1988).

      If you have any questions, please do not hesitate to contact us.

                                Very truly yours,

                                LORETTA E. LYNCH
                                UNITED STATES ATTORNEY

                  By:       /s/
                        Berit W. Berger
                        Melissa B. Marrus
                        Andrew E. Goldsmith
                        Assistant U.S. Attorney
                        (718) 254-6134/6790/6498

cc:  Clerk of the Court (JG)(via ECF)