

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

BWB/AEG/MBM
F.#2010R00172

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

June 7, 2011

**By Hand Delivery and ECF**

The Honorable John Gleeson
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11202

    Re:  United States v. Mohammed Wali Zazi
         Criminal Docket No. 10-60 (S-1)(JG)

Dear Judge Gleeson:

    Enclosed please find a courtesy copy of the materials produced by the government pursuant to 18 U.S.C. § 3500, in connection with the June 14, 2011 suppression hearing in the above-mentioned case.

                            Respectfully Submitted,

                            LORETTA E. LYNCH
                            United States Attorney

            By:     /s/
                  Berit W. Berger
                  Melissa B. Marrus
                  Andrew E. Goldsmith
                  Assistant U.S. Attorneys
                  (718) 254-6134

Enclosures

cc:  Defense Counsel (by ECF)
     Clerk of the Court (JG)(via ECF without enclosures)