

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

BWB/AEG/MBM  *271 Cadman Plaza East*
F.#2010R00172  *Brooklyn, New York  11201*

June 12, 2011

**By ECF and Electronic Mail**

Deborah Colson, Esq.
Justine Harris, Esq.
Colson & Harris LLP
10 E. 40th Street, Suite 3307
New York, New York 10016

       Re:  United States v. Mohammed Wali Zazi
            Criminal Docket No. 10-60 (S-1)(JG)

Dear Counsel:

    The government writes to provide additional disclosures pursuant to Rule 16.  At trial, the government anticipates calling one or more witnesses who would testify that after Najibullah Zazi returned from Pakistan in 2009, the defendant learned that Najibullah, and the other individuals with whom he was traveling, had traveled to Waziristan.  The defendant later conspired with others to conceal that fact from the FBI and Grand Juries in Colorado and the Eastern District of New York.

    Additionally, pursuant to <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), the government hereby informs the defense that it may wish to speak to Zaheer Akbar, who has expressed the view that the defendant's English skills are poor.

                           Very truly yours,

                           LORETTA E. LYNCH
                         United States Attorney

               By:      /s/
                     Berit W. Berger
                     Melissa B. Marrus
                     Andrew E. Goldsmith
                     Assistant U.S. Attorneys
                     (718) 254-7000

cc:  Clerk of the Court (JG)(via ECF)