| | |
|---|---|
| 1 | 73 |
| 2 | 74 |
| 3 | 75 |
| 4 | 79 |
| 5 | 81 |
| 6 | 82 |
| 9 | 85 |
| 11 | 87 |
| 13 | 88 |
| 15 | 92 |
| 16 | 93 |
| 17 | 94 |
| 18 | 95 |
| 21 | 96 |
| 22 | 97 |
| 23 | 98 |
| 24 | 99 |
| 25 | 101 |
| 27 | 102 |
| 29 | 103 |
| 31 | 105 |
| 34 | 106 |
| 35 | 107 |
| 36 | 108 |
| 39 | 109 |
| 40 | 111 |
| 41 | 112 |
| 45 | 113 |
| 46 | 114 |
| 50 | 115 |
| 51 | 120 |
| 52 | |
| 55 | |
| 56 | |
| 57 | |
| 58 | |
| 59 | |
| 61 | |
| 62 | |
| 63 | |
| 64 | |
| 66 | |
| 68 | |
| 69 | |
| 70 | |
| 72 | |