**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

BWB
F.#2009R01793

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

October 6, 2011

**By Hand and ECF**

The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  United States v. Mohammed Wali Zazi
         Criminal Docket No. 10-060 (S-1)(RJD)

Dear Judge Gleeson:

    The government respectfully requests a 14-day extension of the deadline by which it must respond to the defendant's motion, filed September 23, 2011, seeking a judgment of acquittal pursuant to Rule 29 and, in the alternative, a new trial, pursuant to Rule 33.  The government's response is currently due on October 7, 2011.  This is the government's first request for an extension of time.  Defense counsel consents to this request.

         Respectfully submitted,

         LORETTA E. LYNCH
         United States Attorney
         Eastern District of New York

    By:      /s/
         Berit W. Berger
         Assistant U.S. Attorney
         (718) 254-6134

cc:  Deborah Colson, Esq. (by ECF)