# EXHIBIT A

# PACE PROJECT INC.

## 134-02 33ʳᴰ AVENUE

## FLUSHING, NEW YORK 11354

October 20, 2011

To The Honorable John Gleeson

United States District Judge

    Re: Mohammed Zazi

    SS#    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

    Mr. Zazi was a self-employed; independent contractor who drove a NYC medallion taxi for our company for the purpose of making a living full time. From February 3, 1994 to July 9, 2009 he drove a Taxi out of our company. During that period he proved himself to be honest, reliable and a good worker.

    If any further information is needed please feel free to call (718) 762-3500 Monday to Friday between 9:00am and 5:00pm.

WILLIAM GOLDWASSER

*[signature]*

Assistant Personnel Manager