# EXHIBIT B

Case 1:10-cr-00060-JG   Document 186-2   Filed 01/23/12   Page 2 of 2 PageID #: 2062



In the name of Allah, the Beneficent, the Merciful

# COLORADO MUSLIM SOCIETY
ISLAMIC CENTER

2071 South Parker Rd.
P.O. Box 24584
Denver, CO 80224                        Tel: 303-696-9800

Date: December 10, 2011

### To Whomever It May Concern

Mr. Mohammed Wail Zazi has been known to me for the past couple of years and has been a regular worshipper here at Masjid Abu Bakr located at 2071 S. Parker Road, Denver, CO 80231 for the past several years.

Mr. Zazi is a man of honesty and integrity and I have no hesitation in speaking on his behalf for his sound character and family values.

If you need additional information, please do not hesitate to contact me at any time.

Sincerely,

Imam Karim Abuzaid

A religious, non-profit, non-political, cultural, social, educational and humanitarian organization.