# EXHIBIT C

-1-

[Translation of letter from Pashto language to English]

**From:   Sultan Bibi Zazai.**

Respectable and Honorable Judge John Gleeson:

I am Sultan Bibi, Mohammad Wali Zazai,s cousin and also his wife.  Presently I reside in the State of Colorado, my husband and my children are living with me .  My present status in the USA  is a Green Card holder or a permanent resident.

I will write a brief status of my husband, Mohammad Wali Zazai, past and present situation.  Before the Russian invasion of Afghanistan, the financial situation of my uncle, Mohammad Wali Zazai's father, and Mohammad Wali Zazi's family was going down.  Mohammad Wali Zazai's father was about 50s or 60 years old and he was ill and could not run his family business and could not support his family.  Mohammad Wali Zazai's family was a large family, including Wali and his parents there were 14 persons.  Mohammad Wali Zazai was my uncle oldest son, it is the tradition of our country that after the father the oldest son is in charge and he takes over the responsibility of family affairs.  After my uncle this huge responsibility went to Wali.  At that time he was about 16 or 17 years old and was attending school.  Mohammad Wali Zazai sacrificed his childhood happiness, his education and his future for the happiness of his elderly parents and his young siblings.  He started to go out to work since he was 16 years old and after a while he started to drive his father truck where he had very hard times.  After two years Wali turned over that truck, I mean he was involved in an accident, after this accident Wali's family economic situation got worst.  At that time people were going to Saudi Arabia pretending to go to pilgrimage but they were remaining there to work.  In order to support and keep his family happy, Mohammad Wali Zazai left his home, went abroad and started to work in Saudi Arabia where he worked about 5 or 6 years in there.

Around this time the Russian had invaded our country and because of the Russian military invasion and the cruelty they committed Mohammad Wali Zazai's family and my family left Afghanistan, migrated from Afghanistan to Pakistan and lived there as refugees.  At that time Wali returned to Pakistan from Saudi Arabia and brought a lot of money with him.  After sometime Mohammad Wali married me, back then my family and Wali family used to live in a refugees camp.  When Wali observed his family life style with no education and no work, he was very unhappy about his family situation.  Then for the support of his brothers and his family he started to travel for the second time and went to India with his brothers to help his brothers to go to some Western countries.  In India Wali's cousin had applied as refugee to the American embassy, at the time Wali arrived there, his cousin got a letter denying his application and he was very unhappy about that.  Mohammd Wali Zazai paid money for passports and tickets to a smuggler who sent his cousin and his brothers to Canada and Wali returned to Pakistan.

In Pakistan Wali was very bored because there was no work and it was getting difficult to go to Western countries from Pakistan or India at that time.  Mohammad Wali Zazai intended to go to

-2-

Saudi Arabai for the second time to work, again he went to Saudi Arabia and started to work there. From there he was supporting his family and sending money to them. After a few years he returned to Pakistan for vacation and spent six months there. Back then only Merwari and Najibullah were there. Then Mohammad Wali Zazai came to America to support me and our children, his family, his parents and his siblings. When the Russian invaded Afghanistan Wali hated the invasion and the cruelty and he liked the Western countries a lot. He spent a few months in Saudi Arabia and then he came to the United States. In here his asylum was not granted. In order that I and our entire family have a good life, Wali spent six years in the United States and lived here as a single person and for six years he was separated from me, his children and from his parents. He was financially supporting me, his parents and other relatives for those six years. These six years were very difficult for Mohammad Wali Zazai because he was deprived from the joy of seeing his young kids which is the joyous time of life for parents to watch their young kids grew. This was all for the happiness of his family. After six years when his asylum case was granted, he right away applied for me and his children to come to the United States. When we came here, we observed that he is working very hard, he was working six days a week. He was paying home's rent, paying bills, grocery for home and paying for the expenses of all his children. He used to get out of home at 11:00 Am in the morning and used to return around 1:00 AM at night. On his day off he used to go shopping and purchase our family requirements. When I observed Wali's busy life style, I suggested to him to collect Public Assistance like other people do but he used to reject this offer and used to say it is *"Haram"*[Religiously not allowed] and he said that I rather work and the money I earn cover up all our monthly expenses and we can even save some. He used to say that there is no need for us to collect Public Assistance, it is for those who are disabled and cannot work or have other problems that cannot cover their monthly expenses.

Mohammad Wali Zazai is a very honest person, he spent all his life to help others and his family, he spent his entire life to serve others. When God bestowed to Mohammad Wali Zazai two children in the United States, ██████████, who are American citizens then Wali was very happy and after the birth of ██████████ Wali was happy for the first time and he love them very much. While he was deprived of this happiness after the birth of his older children now with the birth of ██████████ he felt this happiness for the first time. Every year during the summer time Wali used to take us for vacation to Canada, Pakistan or to visit other relatives.

Finally in 2009 my husband felt the effect of the old age and for easy life style we moved to Colorado where my son, Najibullah, also used to work there. My husband, Mohammad Wali Zazai, is a nice human being, Wali is a very hospitable person, he is taking care of others, Wali is a sympathetic human being, he always felt other people pain, Wali always sacrificed his happiness for other people's happiness, Mohammad Wali Zazai is a hard working person, Wali is a harmless person that he never harmed anyone, Wali is a wanderer person who had traveled the world over and there are many other good qualities that he has.

-3-

In this case as far as we know and have information, Mohammad Wali Zazai is innocent. Honorable Judge! I am an unhealthy woman, I have various illnesses and always need to visit doctor. I am an uneducated woman and always need someone to interpret for me and take me to a doctor's appointment or other required appointments. I am a mother of children and cannot satisfy the need of my children alone by myself, I cannot drive a car, me and my children constantly have need for groceries or to go to schools, right now my son, Osman, needs transportation to and from the school, we have no other person in home to drive and there is no other driver. Me and my children need Mohammad Wali Zazai. I and my children request and hope that your honor would consider our difficulties and decide a fair and good decision that will be fair to all of us and we are waiting for a fair decision from your honor.

Respectfully,

To Honorable Judge John Gleeson.

اول مخ (۱)

د محمد ولي خان بي بي خان لخوا

جناب محترم قاضي صاحب ، جان گليسن

زه سلطان بي بي خاني د محمد ولي خاني د اکا لور يم . او هم د محمد ولي خاني
ينګه يم . زه اوسنۍ فعلاً په کالراډو ستيت کې ژوند کوم .
زما اشر زما ميړه او زما اولادونه هم يو ځاي ژوند کوي .
زه په اوسنۍ يا فعلي حالت کې د USA پرمننېنت اونيډوپلې يم .
او د USA ګرين کارت لرم.
زه بد خيل ميږم محمد ولي خاني ټير ستوی او اوسني حالاتو په باره کې
لږ او ډير غونډي بيان درته وليکم .
د روښانو د تېري نه ځلبي . په افغانستان کې زما ، زما د محمد ولي خاني
پلار او د محمد ولي خاني کورنۍ اقتصادي حالت ورځ په ورځ په خرابيدو
ښيلنته روان وو . 

په هغه وخت کې د محمد ولي خاني پلار د پنځه ويشت (۲۵) کالونو په عمر
کښي وو . او هغه بيمار انسان وو . او هغه نشول کولي .
چي خپل کاروبار مخ ته يوسي . او هغه وجه چي دغه نشول کولي .
چي کاروبار يا فاميلي ساتل مخ ته بوځي .
د محمد ولي خاني فاميلي غټه فاميلي وه . چي په شمول د محمد ولي خاني
مور او پلار ۱۴ لحظه خورنتي نفره ليدل .
د محمد ولي خاني زما د اکا مشر اولاد وو . او زيږون په وطن را روان دي .
چي د پلار نه وروسته د کور يا کورنۍ چاري او مسوليت د مشر اولاد
په غاړه ور پريوځي . يا د مشر اولاد په غاړه کيږي . زما د اکا نه وروسته
د غټ بار او مسوليت د محمد ولي په غاړه کي پريوتل . په هغه وخت کې
د محمد ولي خاني عمر تقريباً د شيلاشت ۱۶ يا اولسي ۱۷ کالونو پلګوا او
شاه کښي وو . او مکتب ته تللو . چي د محمد ولي خاني د تعليم وخت وو . نو
محمد ولي خاني ، د ډير شپين ږدي پلار مور او د خپل ماشومانو خوښنده ، او
د رومانو خوشالي ليپاره . د خپل وارولوال شاعت تير د وارکوال خوشالي
خپل تعليم او خپله آينده د خپل کورنۍ ليپاره قربان کړم . او د يا کالني
په عمر کي په کار پښتي وو تلو . او په وخت وروسته د خپل پلار
په ترکۍ کي د يا کار شروع کړلو . او د ژوند شختو مرحلو ښه خپله شولو .
تقريباً دوه کالم وروسته د محمد ولي خاني هغه ترک وا ريولو .
مطلب الپينت دي وکړلو . دهغه الپينت نه وروسته
د محمد ولي خاني فاميلن اقتصادي وضع نور هم په خرابيدو ښينته روانه شولو .

د سلطان بن بن حاجی لکوا

11:00 ساعت

په هغه وخت کې د سعودی عرب د غم د پاره ویزې خلاصې شوې. په هغه وخت کې خلک د غم په وینو باندې د سعودی عرب ته تللي. هلته به یاشي کیدل. او کاروند به دې کول. محمدل حاجی هم د خپلې کورنۍ خوشحالی او بنه ژوند لپاره وطن پریښودلو. خان مسافر کړلو. او د سعودی عرب ته په کار پسې لاړلو. تقریبا دوه او د 5 او یا شپږ کالونو پخوا او مشاد چی لټ پخ د سعودی عرب کې کار وکړلو. په دغه دوران کې د روسانو پوځیانو په افغانستان باندې فوځي تیری کړی وه. زما فامیلي او د محمدل حاجی فامیلي د روسانو د تیری او د روسانو د ظلمونو څخه پاکستان ته مهاجر شوی وه. او یا څی هجرت کړی وه. محمدل حاجی د سعودی عرب څخه پاکستان ته راغللو. او د خان سره یې د پیټ پیښۍ راوړی وی. څه وخت وروسته محمدل محمدل زما سره واده وکړلو. په هغه وخت کې زما فامیلي او د محمدل حاجی فامیلي د مهاجرو په کیمپ کې ژوند کولو په پاکستان د کیمپ په ژوند کې محمدل حاجی د خپل فامیلي طلبو د ښې تعلیم او بیماری ژوند ولیدلو. نو خپل فامیلي حالت ته یې د ډیرې زیاتو څخه شولو. نو خپل ورونو او فامیلی لپاره په دوهم ځل مسافری ته ملاو تهله. او ځینو ورونو ته هندوستان ته لاړو. چی خپل ورونه او فامیلي د غریب ماللو ته وباسی. په هندوستان کی د محمدل حاجی د اکا خوی وه. او هغه د امریکا MBC یا قوسټلری ته د ریفوژی درخواست کړی وه. نو کله چې محمدل حاجی هندوستان ته ورغللو. نو د خپ د محمدل د اکا خوی ته د USA د سفارت نه د مړ یا د چینایت خط راغلی وه. او هغه ډیر زیات خفه وه. نو محمدل حاجی خپل پاسپورت او خپل تلت پیښی یې قاچاق بر ته ورکړی وی. او خپل ورونه او د اکا خوی یې کاناډا ته راولرلی وه. او محمدل حاجی والبین پاکستان ته راغللو. په پاکستان کی د محمدل حاجی د بیماری دوځی ځپه ډیر پی متنگ شولو. په هغه وخت کې د پاکستان او هندوستان څخه غربی ماللو ته راتلی ورځ په ورځ مشکلیدلو. او محمدل حاجی په دوهم ځل د سعودی عرب ته د مزدوری یا کار کولو لپاره اراده وکړله. او دوباره سعودی عرب ته لاړو. او په مزدوری باندې یې شروع وکړله. او خپل فامیل دې سپورټ کولو. او خپل فامیل ته به یې پیسی راولیږلی. څو کاله وروسته محمدل حاجی په رخصتی باندې پاکستان ته راغللو. شپږ میاشتی یې په پاکستان کې تیری کړی.

په هغه وخت کی ترڅ مروای او نجیب الله پیدا شوی وه. نو محمدل حاجی د خپلو اولادونو او زما لپاره او د خپل فامیلي لپاره سور بیلډر او

دريم څپرکی (3)

وړلو او خوښۍ لپاره امريکا را ټللو ته اراده وکړله. په هغه
وخت کی چه روسانو په افغانستان باندی تېری کړی وه. محمدولي خان
د روسانو دښری او ظالمونو څخه ډېر نفرت کولو. او غربی ممالک یې
ډېر خوښېدل. چه کله واپس سعودی عرب ته لاړلو،
په خو میاشتو کی امريکا ته راغللو. چه امريکا بې محمدولي خان لېښن
قبول نه شولو. محمدولي خان زما لپاره او خپل اولادونو لپاره او زمونږ
ټول فامیلی لپاره ژوند لپاره دلته په امريکا کی خپل ژوندی
ژوند ته اراده وکړلو. او شپږو کاله محمدولي خان دلته
ښار مور او پلار څخه ضلو اولادولو څخه جدا پاتی مشولو.
او محمدولي خان ماسره خپل مور او پلار سره او نور خپلو او خپلوانو سره بدلی
اقتصادی کمونه کول. دا ټېزه کاله د محمدولي خان لپاره ډېر سخت ژوند
وه. چه محمدولي خان د خپل واپه اولادونو وارودوانو وخت دلاستم وکړلو.
چه کومی اولادونو دغه نجم عمر اوپلار لپاره د بېهترینو خوښالیو څخه وی
دهغی خوښالی څخه محمدولي خان څخه بی روم پاتی شولو. دا وخې فامیلی خوښالی
لپاره. شپږ کاله وروسته چه کله د محمدولي خان کېس قبول
نه شولو. محمدولي خان شهرستی ماته او خپل اولادونو لپاره بې کېس
واچولو. او هومږه لې امريکا ته راوغوښتلو. کله چه مونږ امريکا ته
راغللو. نو مونږ لېدلو چه محمدولي خان ډېر سخت کار کولو.
او دنېتی شپږ ورځی په کار ته ټللو. د کوپ ترایه د پېلوانو معارف
د کورګلوېنری د ټولو اولادونو معارف محمدولي کلی په غاړه اخیستی وه.
د ورځی پولیس بجی به د کور څخه ووتلو. او د شپی لوه بجو به راوستاته کی
به وایس کورته راتللو. او د رحصتیو په ورځ به محمدولي خان به شافینی
ته تللو او د کوپ سټودا یا ضروریات به یې پوره کول. د محمدولي خان
معرفه ژوند چه به ما ولیدلو. نو ماته ورته دولېس بېښنښی کړلو. چه د خلقو په
شان د وليفر څخه کپلونه واخله. نو محمدولي خان به انکار کولو.
محمدولي به وايل چه دا بقول حرام دی. زه کار کوم. او کومی بېښی چه
زه ګټم. دهغه زمونږ د میاشتی معارف ټول پوره کوی. او ته
بېښی جېت هم پاتی کېږی. نو زمونږ ولیفر ته ضرورت نشتم دی.
د وليفر کپلونه هغو خلکو لپاره وی. چه هغوی معیوب وی
کار نلری. اویا کوم بل تکلیف ښره څانګ وی. او خپل ماء نه
صرفه معرفونه نشی پوره کولی. محمدولي خان یو ډېر اخلاقی
مند انسان دی. محمدولي خان خپل بقول ژوند د خلقو او خپل فامیلی په
خدمت کی تېری کړی دی. محمدولي خان بقول ژوند د معولیتونو او

خلوم ح ز (4) د سلمان بابا کی حق

د خلو په خدمت کی ټیری کړی دی. کله چه محمدولی ځای ته الله تعالیٰ د امریکا ئی دوه
اولادونه ورکړل عثمان او خدیجه، چه د امریکا ستیزن هم دی. نوځدولی ځای
دیر ورته خوشحاله وه. د عثمان او خدیجه پیدائش نه وروستہ دمحمدولی ځای په ژوند کی
خوشحالی پیدا شوله. محمدولی ځای عثمان او خدیجه شره دیر مینه لری.
او د ژوند هغه خوشحالی ټکی چه د مشرانو اولادونو نه محروم شوی وه، هغه خوشحالی
محمدولی ځای ته په پیدا کیدل د عثمان او خدیجه کی حاصله ښوه
محمدولی ځای په هر کال زه او خپل ماشومان د وړی په رخصتو کی په ویلنټن
باندی کاناډا پاکستان ته او نورجیل او خپلوانو عزت ته بیایه بوولو.
بلآخره په 2005 کی زما په میره باندی د سټین کټ لوب ټمر په دوران را غللو
د آسان کار کولو یا آرامه ژوند تیرولو لپاره کالادو ته راغللو. چه نه ځا کوی
کیپ الرحم په کالارو کی کار کولو. محمدولی ځای زما میره دیر پنه انسان دی،
محمدولی ځای یو دیر حلیمه لوازه انسان دی. محمدولی ځای یو ذمدار انسان دی،
محمدولی ځای یو درد احساس کونکی انسان دی. محمدولی ځای همیشه د خلو درد
احساس کوی دی. محمدولی ځای همیشه د خلو خوشحالی لپاره خپلی خوشحالی قربان کړی دی
محمدولی ځای یو دیر نجت کښ آنسان دی. محمدولی ځای می یو بی ضرر
انسان دی. هیڅ هیڅاله ئی د ضرر نه دی رسیدلی. محمدولی ځای یو
کر خپندونکی انسان دی. محمدولی ځای دنیا لیدلی دی. محمدولی ځای کی دیری
بیګری ټورنه هم موجود دی. په دغه کیښی چه ټومره موټرنه
معلومات ئې ته. او موټر په خبر یو. محمدولی ځای بی ګناه دی.

قاضی صاحب زه یوه مریضه ښځه یم. هر وخت زه مریضه یم. او زما په رقم
بیمار یو سره ځانګ یم. هر وخت زما ډاکټر ته ضرورت وی.
او زه یوه بی تعلیمه ښځه یم. هر وخت یو ئور ته ضرورت وی. چه زما ترجمانی وکړی
او زما یو ئور ته ضرورت وی. چه ما ډاکټر ته یا ئور ضروری یا نمینټولو ته بوځی
زه یوه اولاد داره مور یم. زه د خپل اولادونو مشکلاتونه په پوراۍ ځان
نشم کولی. زه موټر نشم چلولی. زما او زما اولادو نو هر وخت سکولو نو ته
یا درو شر یو ته ضرورت پیدا کیږی. مثلاً زما کوی عثمان مکتب بولو ته
او راوستلو ته ضرورت لری. بی لوری می بل چوک نشته چه درایو وکړی
او بل درایور هم نشته. نو زه او زما اولادونه محمدولی ځای ته ضرورت لرو
نو زه او زما اولادونه دقاضی صاحب نه د امید کوو. چه زمونږ مشکلات
په نظر کی ونیسی. او یوه د خیر فیصله وکړی. چه په هفتی زه نودبرن
لولو خیر وی. او د قاضی صاحب د خیر فیصلی په انتظار کی یو
په درناوی
محترم قاضی صاحب جان ګلیسن

-1-

[Translation of letter from Pashto language to English]

**From: Merwari Zazai.**

Respeactable and Honorable Judge John Gleeson.

Honorable Judge! My name is Merwari Zazai, I am the older daughter of Mohammad Wali Zazai. I got married about five years ago. Presently my husband is in England and he resides in UK and he is a citizen of England. I am living here with my parents. I wanted to have my husband come to USA and reside with us here in the United States. Before I got married my father was supporting me and my sister and brothers and after my marriage my father continued to support me. We were not the only ones supported by my father he also helped financially with my uncles and their children. From the time I was born, as far as I remember, my father was out of home traveling to work and some time he was not home for years. This was because my father was the oldest son of the family and he was responsible for all the family affairs. My father has never thought about himself or his own life and he had sacrificed his own happiness for other people happiness. My father is always concerned about other people's problems. My father always had problems and his family always had problems but my father was always concerned about the problem of his relatives and he always helped his relatives and he always thought to resolve their problems. My father always helped not only us but also other people. Some of those were my husband and my husband's brother.

Before my marriage the financial condition of my husband's family was very bad and my husband and his brother were stuck in Russia and they wanted to get political asylum in western countries but they had no money to pay to the smugglers for their traveling expenses and my father sent them about eight or nine thousand dollars at that time so that my husband and his brother could travel to England. Today they are the citizens of England and they work in England and because of their work their entire family is happy and has a comfortable life. There are many other people with whom my father helped and there is no need to mention all their names here and all our relatives know about this.

My father was always kind to us, my father had always thought and was concerned about the wellbeing of our life he placed himself in hard situation to keep us happy. He always confronted problems but did not like to bother others. When there was a dispute, he preferred to suffer himself than to harm other people. My father made us grew up with good characters, He always instructed us to be good and have good moral characters. He always prevented us from doing evils deeds. My father is a hard working man, I observed that he was working six days a week when we came to USA and he is a responsible and considerate person who always properly performed his responsibility. My father has other good qualities and there is no need to mention all of them here. My father drove Taxi in New York for 15 years. Driving a taxi in New York is a difficult job but my father worked continuously for 15 years with one company which indicates a good character of my father.

-2-

Since September 9th, 2009 after this incident it is about two and half years that my father and our entire family have passed a very hard and very sad time that caused my mother to have nerve problems, high blood pressure and headache and has no patience to hear ordinary conversation.  My father is emotionally strong man whatever problems he has, he keeps it to himself.  Right now my mother is very ill.  My mother needs to have appointments with the doctor, she needs medication, my mother is illiterate and she needs someone to interpret for her during her medical appointments, my mother needs to buy the groceries and there are many other daily things that my mother is in need of those.  My mother cannot drive and she needs a driver and there is no other person to help us get what we need.  I and my mother need my father and my younger sister and brother need our father.  The school bus stop is faraway from us and my father drives my brother and sister every day to the school bus stop.  We all need our father.  My father and our entire family is innocent.

This case started after 8:00 AM, on September 9th, 2009 and we have the information of this case with all its proof that my father and my family is innocent, the government has excessively encroached against us and this is why I and my entire family hope and request from the judge to make a good and fair decision about my father's case.

Respectfully,

To  Honorable Judge John Gleeson.

مروان حاجي اکو
۷۸۶
اول خ (۱)

جناب محترم قاضي صحب . جان گلیسن :

محترم قاضي صحب ، زما نوم مروارى حاجي دى ، زه دحجروں حاجي مشرہ لور يم .
تقريبا پنځه کاله د مخى زما واده شوى دى ، زما ميړه فعلاً په اينټيڼډیکى
يا UK کې ژوند کوى ، او هغه د اينګلينډ ښتيزن دى .
اوزه دلته د خپل مور اوپلار سره اوستيږم ، زما خواهش وو .
چه زما ميړه هم USA ته راشي . او دلته په USA کې ژوندن سره ژوند
وکړى ، زما د واده نه مخکي زه او زما خويندى او وروڼه خپل پلار سپور
کولو ، يا ښایلو ، اوزما د واده څخه وروسته هم زه خپل پلار سپورت کولم
مونږ بوازى نه وو . بلکه زما زما ترونه اوزما د ترو اولادونه سره هم زما
پلار اقتصادى کملوننه کولى . دکوم وخت څخه چه زه پيدا شوى يم .
چه ماته په ياد دى ، زما پلار په سفرى وو . او کار به يي کولو .
په کالونو کالونو به په کور کې نه وو . ولي چه زما پلار د دوه ځشر اولاد
وو ، او د دوی ټولو مسوليتونه زما پلار ته په غاړه ئى پرانه وه .
زما پلار خپل ځان په بارہ کی اوخپل ژوند په بارہ ئى هېڅکله فکر
نه دى کړى ، او د نورو خوشحاليو لپارہ ئى خپلى خوشحالى قربان کړى
دى ، زما پلار هميشه د نورو خلکو په بارہ کى ، او د هغوى د تکليف په
بارہ ئى فکر کړى دى ، زما پلار په خپل په خيدہ په تکليف کى وه ، زما د پلار فاميلى ټول
په تکليف کى وه ، نو د خپل او خپلوالو د تکليف احساس هم زما پلار سره وه
خپل او خپلوالو سره به ئى هر وخت کمک کولو ، او د هغوى د تکليف يا
مشکل رفع کولو په بارہ کى به ئى ستونځ او فکر کولو ، نو پس له بغير زما
پلار د نورو خلکو سترہ هر وخت کمکونه کړى دى .

چه د هغوى جلى څخه زما ميړه او زما د ميړه ورور وه ،
زما د واده نه مخکي زما د ميړه د لوبنى ژوند اقتصادى حالت ډير خراب وه
په هغه وخت کى زما ميړه اوزما د ميړه ورور په پرو شيمه کى بند وه ،
او دوى غوښتل چه غريبې ځلکو ته پناه سیاسى يوسي ، اما دوى سره
پيسي نه وى ، چه تاجاتان براوو ته يلد پيسى ورکړى ، او دوى د لارى مصارف
وربانډى وکړى . په هغه وخت کى زما پلار تقريبا اته يا نهه ازره ډالر
دوى ته ورولیزل . په هغه پيسو باندى زما ميړه او د هغه ورور اينګلينډ
UK ته لاړ ، او نن هغوى د اينګلينډ ښتيزن دى . او هغوى په
اينګلينډ کى کار کوى ، او د دوى د کار دوجى د دوى ټول
فاميلي آرامه او خوښحاله ژوندکوى . همپاشي لور ډير ډير خلکو سره چې
د هغوى ياولو دلته ضرورى ندى ، زما پلار د هغوى سرہ کمکونه کړى
دى .

دوهم مخ (2) مړوای حاجی غوا

او دا زموږ ټولو خپلو او خپلوانو ته معلومات ښته دی. زما پلار زموږ سره ډېر په مهربانی وخت تېر کړی دی. زما پلار همېشه زموږ د سبه تروند په باره کی فکر او ښویړ کوی. په خپل ځان باندی یې تکلیف راوستلی او موږ ته یې د تکلیف نه بچ کړی وو. زما پلار همېشه یې ځان ته تکلیف ډوښی کړی. او دبل تکلیف او آزار یې ندی ښوښی کړی. چه ځان باندی تاو چه کومر موضوع په پېښه شوله. ځان ته به یې تاوان ښوښی کړلو. او هبل ته به یې ضرر نه خوښولو. زما پلار موږ په ډېرې اخلاقو سره ښتر کړی وو. د ټروند په سنه اخلاقو او عمل په باره کی موږ ته هدایت کړی دی. او د بدو څخه یې همېشه منع کړی وو. زما پلار یو رښتت کش انسان دی. مالیدلی دی. کلم چه یون. USA ته راغلو. زما پلار د رښتی ڳوړکی کارکونو او هنه یو یا ښنه او مسئول انسان دی. زما پلار هروخت د خپلو مسئولیتونو احترام کړی دی. او هنه یې په ډېر صداقت سره سر ته رښولی دی. زما پلار ډېر ښه صفات یا ښوښی لری. چه دهفو یا دمل ضوځنلمل. زما پلار په نیویورک کی 41 کاله ټلښی چلولی دی. د ټکسی کار په نیویارک ډېر ښت او ګران دی. او زما پلار د41 کاله بریښی په یوه کپنی کی کار کړی دی. چرا زما پلار د ښنو اخلاقو نمونه دی. د سېپټمبر 9-11 د موضوع نه رابدی ګوا چه توږ بیا دوه نیم کاله کړی دی. زما پلار اوزما ټول فامیلی د ډېر شغنت او ډېر پریشانه وخت تیر کړی دی. چه زماصور ته اعصابی تکلیف او بلډ فشر بماری اودسر درد یې رپاته ښوی دی. بیدا شوله. او هه میل یې کم ښوی دی. او د معمولی فرشر خبری برداشتی نکری. زما پلار یو غیرتی انسان دی. هر څوړه تکلیف چه ورباندی ووی. نو زما پلار یې ځان باندی تیروی. په اوښنی حالاتو کی زماصور ډېر بیمار دی. زماصور د ډاکټر ایاینمینت ولیو ته ضرورت لری. زماصور د وا ته ضرورت لری. زماصور بی تعلیمه دی. زماصور یو نفر ته ضرورت لری. چه د هفی په وخت سره ترهلی ولری ښی. زماصور د دوه ګوښریون ته ضرورت لری. او ټروند نو ډېر شیان دی. چه زماصور ورته ضرورت لری. زماصور ډوټر چلول ندی زده. زماصور د مایور ته ضرورت لری. اوبل دا سی ښوک نشته چه زموږ ضرور پاښوفو ته ریتیګی وکری. نه او زماصور خپل پلار ته ضرورت لرلو. او زما ورور خور او ورور خپل پلار ته ضرورت لری. زما د وارو ورور ګلول او د ګلول بنسي شتاپ زموږ نه لری. اوزما پلار هروخ 2 هفته بشی شتاپ ته بیانی. موږ ټول خپل پلار ته ضرورت لرلو. زما پلار او زموږ فامیلی ټول خپل بی ګنا دی. په سپتمبر 9-11 باندی دورځی 8 بجو ته وروسته

درېیم فصل د روانۍ کښې دی

په سپتمبر ۹-۷ م باندې دورکۍ 8 جونه ورسته دغه لیښن شروع شولو. او د دغه لیښن یټول حالت شڼو د ټبوکولو سوبرنه معلومات شته دی. چه زما پلار او زما فامیلي بې ګناه دي. سوبۍ شڼه حکومت ډېر زیانۍ ترې دی. نو څکه نه او زما فامیلي یټول د قافی جواب را امیر کوه. چې زما پلار په موضوع کې یوه د خیر او صلاحتیا صاد قانه فیصله وکړې شي.

په درناوی

محترم قاضی صاحب جان ګلیسن

Page (1)

From: Mohammad T. Zazi
21 years of age
Son of Defendant

To: Honorable Judge,
John Gleeson
U.S District Court

The purpose of this letter is to bring to attention some very important matters, if haven't already, that will be affected by your decision, whatever you decide it to be. This letter is to show you the importance and the need for, <u>Mohammed Wali Zazi's</u>, continued place in his family.

There are currently 4 other family members besides me in the household. Two of them are young children, and the two are illeterate females. Mohammed Wali is a father to those two young children, and father to an adult daughter, and husband to a wife.

The two young children are in a time of their lives where a father's presence is very needed and important to them. He is needed for their upbringing, their life's needs,

Page (2)

From - Mohammad. T. Zazi

their wishes, their education, their need for attention and love, and much more of what life offers. These are all responsibilities that their father provides for them.

I hope that clears how severly the children will be affected based on your decision. I am neither capable or have the potential to fullfil any of that.

Along side are the adult females of the house who will be affected. They are illterate, unable to communicate in English, unable to drive, unaccoustomed to the modern way of life due to cultural and religouse views.

All of this and ~~the apt unpredicted~~ any unforseen issues show his need to fufil his responsibilities that he currently provides for the family. So I formely request that you be leniant in your decision.

Thank you.



*Daughter of defendant*

*To Honorable judge,*

*John Gleeson*

*U.S District Court*

*As you can see, my dad Mohammed W. Zazi is extremely important. I say this because my dad always does special things for us. First of all, my school. Whenever there is a parent teacher conference, he always goes. Whenever my brother and I miss the bus, my dad always comes to get us.*

*Next, he means the world to my family and I. Our dad always gets cloths for us and those clothes cost a chunk of money. He is like the leader of our house, so we do what he wants. If we lose him, we wouldn't be the same without him.*

*After that, my family and I care about our father. My mom always has doctor appointments and my dad is the only one that can take care of her. Plus, he always takes us to the store to buy us food. He wastes his money to buy us pizza and more. He is always busy. He takes us to the library. He takes us to vacation spots like Canada .He took and takes us to parks. But for these last 2 years he had a very hard time.*

*Anyway, he had done a lot of things for us and he does a lot of favors for us. Whenever I have to print something out, he takes me to the library .He does a lot of things for us.*

*Last but not least, my father Mohammed W. Zazi is the best person in the world. I say this because he has done a lot of things so far. Even in New York. He always bought us toys and more. So please let my dad stay.*

*Thank you. I appreciate it for your time.*



Youngest son of Defendant

To Honorable Judge,

John Gleeson

U.S District Court

Hello, I am ▓▓▓ Mohammed W. Z. youngest son. I really love my dad and if he was gone, I wouldn't know what to do without him. I already risked lots of things in life without my dad's love and support to try to make me happy. Even though he is always trying to make me happy or tell me things in an easy calm voice with all this also happening to him he still is the best dad in my world. Like example, we'd always go on a vacation to Canada to meet our relatives and cousins and have a good time. Maybe sometimes we would go to a fun place like an amusement park but all of that has been deleted on the " What we are going to do this summer" list these past 2 or 3 years. It has been hard for dad and the family for the past 2 or 3 years. Nobody would give him a job because of his last name. And without the money, we can't pay the bills which leads to no house.