# EXHIBIT D

Case 1:10-cr-00060-JG   Document 186-4   Filed 01/23/12   Page 1 of 15 PageID #: 2080

November 20, 2011

Dear Judge Gleeson,

My name is M. Afzal Zazi, I am one of the younger brothers of Mohammed Wali Zazi, I am a Canadian citizen and I live in Toronto Canada.

The past two years has been very difficult for us the Zazi family, ever since my nephew Najibullah Zazi was charged with terrorism in the US. We all had very high hopes for our nephew as he started working and earning money helping the family and his father. Mohammed Wali Zazi was focused and he was seeing the possibility in his reach to educate his other children through university level education, with some financial help from his son Najibullah Zazi. But all that ended in big disappointment.

My brother Mohammed Wali Zazi is not a terrorist, he is a father, he is a family man, he is a hardworking man and he is a proud American. I remember when he was awarded the green card and he called me and he was so excited that he couldn't contain himself. He told me on the phone "I am so happy! This is the best day of my life". With his broken English and hard work, he managed to get his New York taxi licence and he couldn't wait to bring his family to get them away from the war and despair in Afghanistan which was in war with Russia at the time.

When his family finally came to America, he kept working as a taxi driver for the same company and supporting his family until he left New York and moved to Colorado. He continuously reminded his kids how fortunate they were to be in the greatest county in the world and that the door of opportunity is opened for them to be the best that they can be. When they moved to Colorado to pursue the American dream, the family opened a shuttle bus business at the airport in Denver but all that came to an abrupt stop when he learned about the news of his son being charged with terrorism.

That day all his dreams shattered. The news devastated the Zazi family in Colorado and abroad. It caused all kind of friction in the family as we all were looking for answers. The biggest impact, however, was on my brother Mohammed Wali and his family; they were constantly harassed by the media for months. The FBI agents were going in and out of the house for days', they received death threats from the locals and as well became homeless after the landlord vacated them from the apartment that they lived in. They begged the relatives to shelter them

temporarily, as no one was willing to rent to them. The young children were terrified, confused, crying, and asking questions such as, what they had done wrong to deserve all this.

I know my brother has been convicted of obstructing justice and lying to immigration, but he is not a terrorist. He is a very caring and generous man. As the eldest of the family he always provided for us, guided us and encouraged us. I remember my brother Mohammed Wali and my other brother Meeran and I, when we decided to migrate to the west as the war escalated with Russia in Afghanistan. That day our cousin Aziz came to our home for a visit and we told him we were going to migrate to the west. He wished that he could come with us, but he had no money. My brother Mohammed Wali looked at our cousin and we saw how disappointed he was. My brother Mohammed Wali decided right on the spot. He told my cousin take my money and you go with my brothers; I will come to the west later if it is meant to be. That's how I, my brother and my cousin made it to Canada with my brother Mohammed Wali's generous gift.

On the day of sentencing, I hope the judge see's Mohammed Wali Zazi as a father, as a family man, as a hard working American and as a caring and generous man, and not as a terrorist.

Any jail time will be a final devastating blow to the family and it will have a huge negative impact on the children for the rest of their lives and the damage will be irreversible. The family needs their father and the father needs his family. They need each other's support right now more than ever to work things out, to start a new chapter, to look for a brighter future, and be part of the American family again.

Sincerely,

M. Afzal Zazi

November 29, 2011

Dear Judge Gleeson,

My name is Bozz Zazi I am one of the younger brothers of Mohammed Wali Zazi, I am a Canadian citizen and I live in Toronto Canada.

I was both shocked and saddened when I heard the terrorism charges against my nephew Najibullah Zazi while watching the evening news on TV that night. When I contacted my brother Mohammed Wali Zazi by phone, he was also shocked, surprised and very upset by the news. I remember he kept telling me on the phone, "We are not terrorists, and there must be a mistake or some kind of a misunderstanding"

I know my brother Mohammaed Wali Zazi is not a terrorist. He is a generous, kind and, a hard working family man. He has been working hard since he came to America; he worked as a taxi driver in New York to provide for his family. It was a very joyous and exciting time for my brother when he moved his family to Colorado to pursue a new business venture with his son Najibullah to realize the American dream. His main goal was to educate his children and to be successful. Since the arrest of his son and the legal battle of his own, it has really taken a toll on him and the rest of the family.

Before this event, my brother Moammed Wali Zazi was always upbeat, had a positive outlook on life, encouraged others and helped the ones in need. Our nephew Amanullah Zazi who lived with my brother Mohammed Wali Zazi in New York became a troubled teenager. He started skipping school and abusing drugs like any other lost teenagers out there. My brother Mohammed Wali Zazi did not give up on him; kept guiding him and taking care of him. When all failed, he send Amanullah Zazi back home to his biological parent to allow himself to become sober. If it was me or anyone else in my brother place, Amanullah Zazi, with his behaviour,

would have been on the streets homeless or in some shelter in New York City. After 5 years, my brother paid Amanullah's air fare and brought him back to America to give him another fresh start in life. Up on his return to America, Amanullah Zazi got his driving license and was holding a part time job. But the terrorist charges against Najibullah Zazi impacted every member of the family one way or another.

My brother still has a positive outlook on life, but these days, he is very quiet and reserved. I know in the back of his mind he is very worried about his other children's future. If Mohammed Wali is to serve any length of time in prison, it will break up the family and it will cause all kind of hard ship and uncertainty for the young family's future. At this stage in his life, my brother needs his family and the children need their father. My brother was always energetic, outgoing, generous and hardworking. I hope he gets another shot at life to start working again and to lead his young family to a better and brighter future, and that is only possible if the American justice system that he has faith and great respect for, pardons him from serving any Jail time.

Sincerely,

*[signature]*
Bozz Zazi

November 25, 2011

Dear Judge Gleeson,

My name is Yar Zazi I am one of the younger sibling of Mohammed Wali Zazi and I live in Oakville Ontario Canada.

Two years ago when the news of terrorist charges was unfolding regarding my nephew Najibullah Zazi, all of a sudden, at that moment, I felt like someone pulled the rug under my feet. I couldn't even imagine how my brother and his family felt like at that moment. The once, high spirited, vibrant and full of life Zazi family, now, seem as if they can hardly breathe.

It was the generous gift, the financial support of my brother Mohammed Wali Zazi that gave my two siblings and my cousin the opportunity of a life time to come to the west. In return my two siblings sponsored the rest of the family to come to the west and so did my cousin. It was his kindness and generosity that today we enjoy freedom, safety and comfort in the west. I remember when he left for the west, our relatives, his friends and especially our parents were very sad to see him go. Because he was the kind of person everyone relied on in the time of need and he always lend a hand within his capacity. Even from New York he continued his financial support for relatives who couldn't afford Doctor Fees, medication, or hospital stay. He also assisted some relatives with their funeral arrangements as well as wedding arrangements and that's why all our relatives have the highest respect for him.

Back home, and during the time he lived in the U.S, he never even once had a run in with the law. Based on his past history and character, we all wish that he is spared of any jail time, and that will be the greatest gift from the justice system to us. This will give him enough boost and momentum to return to work and start supporting his family again and to focus on his other children's future.

Sincerely,

Yar Zazi

December 4, 2011

Honorable Judge John Gleeson,

My name is Meeran Zazi and I am one of the younger siblings of Mohammed Wali Zazi and I live in Toronto Canada.

Our lives have changed the day I heard about terrorist charges against my nephew Najibullah Zazi. Not a day has gone by that I don't think of my brother and his family. The past 2 years has been nothing but a nightmare for my brother and his family, they have experienced, isolation, fear, uncertainty and financial hard ship.

Mohammed Wali Zazi is not a terrorist, but kind, generous and caring person. I remember one time back home I was traveling with my brother Mohammed Wali Zazi and we were at a Bus station and we were waiting for our Bus to arrive. My brother Mohammed Wali and I saw a homeless man shivering and curled up from the cold. We both walk towards the homeless man and we saw his clothing was all torn and dirty. My brother Mohammed Wali opened his luggage and took out his own brand new clothes that were made by a tailor and he gave it to the homeless man. The homeless man put the cloths on and he was very excited. My brother told the homeless man" you look good in it" the man looked at us and he started running away as fast as he could. We both looked at each other and we smiled, the reason the homeless man run, he thought my brother may change his mind and ask for the clothes to give it back, but that was not my brother intention, my brother intention was for the homeless man to keep the clothes so he can keep himself warm that chilly evening.

My brother Mohammed Wali is a very caring person, he cares about his family, about his relatives, about his neighbour and about his fellow Americans. I hope on the day of sentencing the focus will be on his gentle and kind character, and he is pardon from any jail time, so he can regain once again his freedom and dignity, to care, to provide and be with his young family, they have been through a lot, and at the time like this they really need each other more than ever, to rebuild their shatter lives and look forward to the future.

Sincerely,

Meeran Zazi

## The Honourable John Gleeson

### The United State District Court

I am Nyaz Zazi, Mohammed Wali Zazi younger brother. As far as I can remember going back to my childhood; I remember my brother as a good hearted gentle big brother who spend all his life abroad working really hard to put bread and better on table for the whole family and to send his younger brothers and sisters to school. He has to do all this because our father due to old age and illness could not work. So the whole family responsibility was on his shoulders. I think he carried it those responsibilities with outstanding dedication, courage, and hard work not thinking about himself but others. He is not just known to help his family as a good hearted and generous but also known to others who ever needed his help. He is a person who cannot say no to anybody who ask him for help. He believe helping others is like helping oneself. Once he raised us and made us stand on our own feet. He turned his attention to his own kids and wife which he live with them in the United State of America. I believe a person who all his life helped and supported other people will not even think of harming or even disturbing them.

So I Nyaz Zazi request Honourable John Gleeson to show leniency to Mohammed Wali Zazi for his respectable past conducts and for his wife and kids that still solely depends on him.

Nyaz Zazi

November 03, 2011

# The Honourable John Gleeson

The United State District Court

I Deena Zazi Mohammed Wali Zazi sister-in-law saw Mohammed Wali Zazi only once before I got married to his younger brother and that was when he came from abroad to visit his family. My father knew him from before because of family relationship, so he would come to my house for a dinner or sometime for tea. I got to know him as a very talkative person with always a smile on his face. At the same time my family business was need of financial support and it was Mohammed Wali Zazi who lend some money to my father to invest in the business. It was his generosity that helped my family business and it is the same business that still support my family. After getting married to his younger brother, I got to know him as a very gentle and supportive. He is always there to give a good advice or lend you a helping hand if you need one. I believe a person like Mohammed Wali Zazi who is always in good spirits will never harm other living things except helping them, because he believe helping others is like helping oneself.

So I Deena Zazi request Honourable John Gleeson to show leniency to Mohammed Wali Zazi for his respectable past conduct and for his wife and kids that still solely depends on him.

Deena Zazi

*[signature: Deena]*

November 03, 2011

**[Letter #3**

**From: Gulpari]**

I, Gulpari, daughter of Sayed Khan, from Zazi's tribe, ID Card #:CT-10782627361 a citizen of Afghanistan.

Mohammad Wali Zazi is my older brother. When my father got old, he took over the to be the head of the household , he was very young when he started to work hard. First he started to work as a driver, he was a person of strong determination and he was receiving low wages to drive other people's truck. In order to provide sustenance for his family, he went all around. He was an honest employee and good human being, he was busy with his work day and night, he was friendly and socialized with everyone, because of his fine behavior and good character everyone liked him and admired him. He respected the elders and was kind to the younger. He did not like political parties or organizations. He was always concentrating on how and where to provide food, clothes and other things  for his family. Another one of his good habit was that he did not hang around uselessly with other people, he stuck to himself and he liked people of good characters and he paid full attention to his work. He suffered a lot of hardship here. I will never forget his hardship here  and he did not fail to provide the required sustenance for his family. Then I think, he went to work abroad because there was plenty work and better wages. This is obvious that he tried to keep himself and his family future life happy and successful.

Want to kindly offer the above letter to the concerned place.

Respectfully ,

Finger print.

3

Honrable Jonglee jan United States
District court Judje

CT-1078262736

[Handwritten letter in Pashto/Urdu script addressed to the Honorable Judge. The body of the letter is handwritten in Pashto and spans the page, ending with a thumbprint/seal at the bottom.]

**[Letter #10]**

**[From: Lal Mohammad]**

Honorable Judge John Gleeson, Court Judge.

Honorable and respectable Judge!

I, Lal Mohammad son of Sayed Khan respectfully present my petition to your honor. My brother, Mohammad Wali Zazi, whose case is in your court right now. Honorable and respectable Judge if you help my brother in this case this would be your great help and kindness. Mohammad Wali Zazi is a man of good character and he is a nice human being, he helped everyone of his relatives as much as he could. When Amanullah Zazi was two years old [3 words illegible] my economic situation was very bad and that is why he took over his custody to take care of him and until this day Amanullah is staying with Mohammad Wali Zazi. Now Honorable and Respectable Judge this is our request from you to treat and to help him with humanity and kindness.

Respectfully,

Finger print.

National Identity Card No: 1730-8743833-3

جناب محترم جج صاحب

Honorable Jongleeso court judje.

محترم جج صاحب: زه سمونۍ ولد شیرخان دمیرپه رجنم سره پښتنه شوه غوښتنه غواړم عرض درلاندې کړم. زما ورور محمد ولی ځدراړی چه نصف یې کښیښت شو په اختیار او وکالت دی غو جناب محترم هښه ښکو پاڼ کښش کۍ زما ورور سره مرشته او ټمک وکړی دا پښتنا سو لوبه مهرباني ادرسنا په هوو محمد ولی ځدراړی یونیټ اوسپه رښان دی نو ترخیس وپس او قدرت پوری دو یو درشته داره شره هریسته او ټکونه کړی دی

کد مې د ایمان ورټه ورږم دره د کاله پخا.
زما د قتصا دی حالت ډیر خراب وه نوددې ټپکر هغه دامان رلټه ځراړی سر رسته او دیلمه یې خپل ناړښۍ کۍ ډښته لم ترشن مرخ پوری امان الله د محمد ولی ځراړی نسه یوکای روښتیږ. نو جناب محترم جج صاحب زمو تاسوته د مخورښت دی چه د محمد ولی ځراړی شره خپله رښا نائی او بښتیری صلف او ټک وکړی په رجترام

17301-8743833-3  کاست نمبر

10

Case 1:10-cr-00060-JG Document 186-4 Filed 01/23/12 Page 13 of 15 PageID #: 2092

[Letter #11]

[From Najibah, mother of Amanullah Zazi]

**Honorable John Gleeson, United States District Court Judge.**

Honorble Judge:

I am, Najibah, mother of Amanullah Zazi and sister-in-law of Mohammad Wali Zazi and respectfully present my petition and request to your honor. Please help Mohammad Wali Zazi, if you do this, this will be your great kindness and help. Mohammad Wali Zazi have helped us a lot and whenever we were desperate he helped us financially. Honorable judge! We hope, by the mercy of God, that you also help him.

Respectfully,

Najiba        Finger print.

Identity Card No: 17301-3547-406-8

جناب محترم جج صاحب

Honorable Jongleeson united states District court Judie.

محترم جج صاحب نه نجيبه د امان الله زازی زوی اود محمد ولی زازی وندیه یم زه په ډیر احترام سره ستاسو حضرت ته خپل عرض او درخواست وړاندې کوم چه د محمد ولی زازی شان جملګی او ملک وکری لابه شتو ډېره لویه مهربانی احسان به مو وی چه هم محمد ولی ژوندی شه دې په جسا ونم کړی دی او هم به ی هر وقت ښونځ ته په تنګ دستی هلف اومدت کړی دې لذ محترم جج صاحب الله پاک ده وکړی چه تا شی هم خپل جسان او مدت ودښن ولکی به احترام

نجیبه

17301-3547406-8
کارت نمبر

۱۱