# EXHIBIT E

December 4, 2011

Honorable Judge John Gleeson,

My name is ▆▆▆▆ and I am ▆▆▆▆ the niece of Muhammad Wali Zazi. My uncle is a very kind and amazing person. Ever since I was young, he used to visit our house in Mississauga, always bringing us gifts from America. He came here few times and every time he came, he brought every single one of us presents so we would all be happy. I had a very great time with him whenever he came. Muhammad Wali Zazi was always joking around with me and always calling me to the living room to sit beside him so he could joke around with me and make me laugh.

When the movie Finding Nemo first came out, we were all kids and he knew we would love to watch it, so to our surprise he came home from the mall with the movie Finding Nemo and a few others. We all sat in the living room including all my uncles and cousins and had a great time watching Nemo. I could recall the times at night or even during the day when he would call all of us kids to the living room and told us many many fun stories that I will never forget. He would also speak to us about how to be responsible and gave us advice about school, behavior, respecting our elders and teachers, being kind to our parents and in between he would crack up many many jokes that would make us all laugh.

Every time we were bored, we ran up to Muhammad Wali Zazi and told him that we wanted to go somewhere because we were bored at home so he would takes us all in the car to a park or some sort of place for us to play and have fun. He would always play with us in the park, swing us high on the swings and he would always play soccer with us because we really loved it. Then afterwards he would take us to McDonalds or Tim Horton's and buy us all something to eat. Also I will never forget the time when Muhammad Wali wanted to take us on a trip to Montreal just to have some fun. He took me and my cousin as well as my two uncles to Montreal for 3 days. We had so much fun there and I always want to go back with him to Montreal.

Whenever Muhammad had to leave to go back to America, all of us kids were very sad and we wanted him to return again every summer so that we could have a great time. Unfortunately he has not returned here for the past three years and we miss him a lot. We hope that he will come and visit us in Canada again in the following summer.

Sincerely,



November 21, 2011

Dear Judge Gleeson,

I reside in Toronto Canada, my name is ▮▮▮▮▮▮▮. I am Canadian citizen, niece to Mohammad Wali Zazi.

Three years ago, the day I'll probably never forget. The day, my cousin Najibullah Zazi was arrested. To date, the negative impact on our lives remains.

My uncle Mohammad Wail Zazi, is innocent, he is not a terrorist. He is a proud American and loves the country. He invited my family several times to come to America and see what the country had to offer. He had told us about its beautiful scenery and attractions and was even willing to pay for all of our tickets to visit. He has a big heart and wasn't sheepish at all being it towards money or anything else. He came to Canada a few times and he always paid for all of my family and my cousins tickets to famous Canadian attractions, such as Wonderland, Marineland, Ontario place, CNE and also paid for extra things like, food, snacks etc. He would also place donation everywhere it was available. I remember being a little girl when he would take me to stores and give me money to buy toys and such. And when it was time to pay at the cash register, he would always drop any amount of spare change he had in his pocket into the donation box slot. Same thing when we would go to restaurants and fast food places. I even asked him once why he would place his money in the donation box, because that'd be wasting his money I said, and he said" there are people who need it a lot more than us".

Mohammad Wali Zazi is a great man. He loved spending time with us and always brought a movie with him when he was in Canada. We would all sit with him on the couch and enjoy the movie. But he would always ask if we had done our homework first. He was very passionate about education. He is an amazing father and teacher to his kids and us.

Lastly, my uncle is not a terrorist and I believe in that.

Sincerely,

▮▮▮▮▮▮▮

December 5, 2011

Honorable Judge John Gleeson,

My name is ▮▮▮▮▮▮, the niece of Mohammad Wali Zazi. My uncle Mohammed Wali Zazi is a wonderful man. He's very open-minded.

He used to visit us almost every summer for as long as I can remember. We always used to look forward to our summer holidays because he would come with his family, bringing gifts for everyone, and we being kids would make our summer. Besides taking us to beaches and parks and buying us ice cream, he would also take us to amusement parks. My uncle would take all of us, and to let you know, we are a lot. There was me and my 3 siblings, his own 3 kids, and my many other cousins who live here and also his sister's kids who would come from America too. My uncle took us to Canada's Wonderland, and yes he paid for ALL of our tickets, including my 2 uncles who went with us. We had a great time there! He's also the kind of person who's always joking around and making everyone around him in a good mood. Of course with that kind of attitude, who wouldn't enjoy their time being with him? Buying all of our lunches, getting us ice cream, Wonderland was a trip that none of us cousins would ever forget. Another time my uncle and cousins came, he took all of us cousins again yet to another amusement park, Marineland in Niagara Falls. That was another trip we wouldn't forget.

Not only was my uncle like this with us kids, he also loved his brothers dearly. He was like a father figure to them and whenever they had problems or concerns, they would always turn to him and ask for advice. Over all, my uncle Mohammad Wali Zazi was a very open-minded person with a very friendly attitude. His love not only extended to his kids, but also to his siblings, nieces, and nephews.

Sincerely,



November 24, 2011

Dear Judge Gleeson,

My name's ▮▮▮▮▮▮ and I am a nephew of Mohammad Wali Zazi's. I was born and raised in Canada.

I can't even explain what our family's been going through for the past two years. It has been really hard. Finding out one of your family member's been charged and arrested, you can't help it but feel like a part of your family went missing. Like something of yours would never come back to you and that it'd be greatly missed. At least that's how I felt. It was dreadful and devastating.

I knew my uncle Mohammad Wali Zazi has a big hear. He cared for us like he cared for his own kids. He always gave us advice. He wanted that we choose the best for ourselves. There was an incidence once where my uncle Mohammad Wali Zazi was going to visit Montreal when he was in Toronto Canada. He was taking his kids and one of his nieces. Sort of like a vacation for them, to enjoy what Montreal had to offer, its culture and food. I badly wanted to go but I couldn't. They were all afraid that if there were too many kids going on the trip, that it'd be hard for my uncle to take care of us all. But Mohammad Wali Zazki didn't want to hear another word and took me along on the trip. We were kids and all kids run around and play and don't pay attention to their surrounding whether they got lost or not, but my uncle was there the whole time whether he had to run after us or take us early morning to the parks and other attractions, he would. He sacrificed a lot for us; his sleep, his overall physical weakness. He put all that aside and just made sure we had fun and that it was a good experience for us to remember. I can't thank him enough for all that he has done for me and on the others behalf's.

Sincerely,



December 4, 2011

Honorable Judge John Gleeson,

My name is ▮▮▮▮▮ and I am ▮▮▮▮▮, the nephew of Mohammad Wali Zazi. My uncle is a very good and kind man. He is one of my most favorite uncles out of all of them because he took me and my three sisters and all my other cousins including his three kids to Marineland. We had the best time ever there. He paid for all the tickets and we just went in and went on the best and funniest rides together. He is also a very funny guy. He always tells us funny jokes and played with us, and made us laugh a lot. He is also a very nice and kind man because I was saving up for a new DS but he went to Wal-Mart and bought me the DS with an amazing racing game called Mario Kart. He didn't take the money from me. He told me to keep the money because that was a gift from him since he loves me so much and I love him too. I hope I can see him again and hopefully he will be able to visit us again.

Sincerely,



December 5, 2011

Honorable Judge John Gleeson,

My name is ▇▇▇▇. I am ▇▇▇▇ and I am the niece of Mohammed Wali Zazi. To start off, I would like to say that my uncle is an amazing person. Ever since I was a little kid, I remember only good memories about him. There isn't a time I could remember where he didn't get us presents, take us places and make our days delightful. My uncle was the man who always lightened up the mood of everyone and made everyone laugh. Also, he was like a father to all of us, including his 7 brothers and 3 sisters. He was the eldest in his family and looked after everyone just like a father would. Mohammad Wali is a very caring and generous person. I had been living in Mississauga for about 6 years and still hadn't gone to any amusement parks. That year he came with his family to visit us and he took us to an amusement park called Wonderland. The tickets were very expensive yet he paid for all of us and there were like 20 of us. Also while we were there, he paid for all the food and made sure we all had a great time. When he came with his family the following year, he took all of us to another amusement park called Marineland. Again, he paid for all of our tickets and got us ice cream there. He made sure everyone got to go on rides they enjoy so that we would all have a tremendous time. Also, while he would visit us, all of our relatives would get together on the weekend at a park for barbeques. Overall, Mohammad Wali Zazi is a remarkable man who cares about everyone. He wouldn't cause harm to anyone and if everyone was like him the world would be an affectionate place to be in.

Sincerely,

November 24, 2011

Dear Judge Gleeson

My name is ▮▮▮▮▮▮▮▮ i am the nephew of mohammad wali zazi i am ▮▮▮▮▮▮ my uncle is a really nice person because he brought me a toy computer that teaches you ABC and math and he bought me the movie ice age 1 and when we watched it together and we had so much fun watching it and he also take me to a swimming area and we went in the pool with some friends and i got out and when i went back in i went into older children swimming area i was sinking and when he saw me sinking he grabbed my hand and i got out.he is a very funny guy too beause he always use to play jokes with us and he was always taking us to places like wonderland and marineland and he cares for us alot for us to be safe when we had some trouble.

Sincerely,

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

YOUR HONOUR:

THIS IS ███████████, COUSIN OF MOHAMMAD WALI ZAZI

LIVE IN TORONTO CANADA.
WALI ZAZI IS A HONEST AND A WORKAHOLIC PERSON HAS WORKED ALL HIS LIFE AND HAVE HELPED PEOPLE, A RESPECTFUL, HUMBLE AMERICAN CITIZEN.

WALI ZAZI IS A PERSON THAT, SOMETIMES THE & FAMILIES AND FRIENDS WILL GET TOGETHER IN ANY OCCASION AND COMPLAINT ABOUT DAILY LIFE, COUNTRY, WORK, CARS, WEATHER ROADS ANYTHING ABOUT UNITED STATES, HE WILL DEFEND AND ARGUE THE PERSONS. HE WILL ALWAYS SAY, WE ARE LUCKY TO BE HERE, WE HAVE A NICE COUNTRY, NICE LIFE, NICE WEATHER AND WE LOVE AMERICA.

IT IS VERY SAD TO SEE HIM IN THIS SITUATION AND WHAT HE WENT THROUGH. BUT WE INCLUDED HIM TRUST THE AMERICAN JUSTICE SYSTEM, HOPEFULLY IT WILL WORK WELL FOR WALI ZAZI AN AMERICAN CITIZEN.
THANKS.



**[Letter #7]**

**[From: Mohammad Wali]**

Honorable John Gleeson, United States Distruct Court Judge.

Honorable and Respectable Judge:

I, ▅▅▅▅▅▅▅▅ son of Shahzadeh Suliman, National Identification Card No: CD-10784834771, want to present my petition to your honor and hope you would have it granted. Mohammad Wali Zazi is my maternal cousin, he is a resident of the United States. Since Wali Zazi is a good human being we, all relatives, have very good memories from him. So we hope you help Wali Zazi.

Respectfully,

▅▅▅▅▅▅▅▅▅▅▅▅▅

Finger print.

Honorable John Lee Son
united states District
court Judje.

CD-10784834771

جناب محترم جج صاحب ۔ زه محروک ولد شهزاده گكنان زوي
خپل عرض ښاسو کرم حضورته وړاندي کوم
اميد دی چه ښت شو په حضور قبول وګڼي
محروک زاري زما ماما زوي دي په امريکي
کې روښدونکي دي چون وکړ زاري يو نيک رو
سته زنسان دي مونږ توګل رشته داران
دهغه جنغہ دیرہ سينہ کا طرح لرود
لوهيم دي چہ وکړ زاري شره مښته وکړي
په درنا وي

محروک

**[LETTER #12]**

**[From Marzia- Daughter in-law of M.W.Zazi]**

**Honorable Judge John Gleeson, United States District Court Judge.**

I, ▇ the Daughter-in-law of Mohammad Wali Zazi respectfully present my petition to you and hope this petition would be granted in your honorable court. My request is that Mohammad Wali Zazi is my father-in-law and also my uncle, he is a kind and a person of good character and he always helped u., S

o we hope that you would also help Mohammad Wali Zazi and this would be your kindness and help.

Respectfully,

▇     Finger print.

Identitiy Card No: 17301-1545872-4

جناب محترم جج صاحب

Honorable Jongleeson united states District court Judje.

محترم جج صاحب زه مرضیه د محمدولی زاری نګور او په احترام سره نه لرم عرض ستاسو محترم حضور کی چی وړاندې کیږم ده چه زه منم د عرض بیانه ستاسو محترم حضور کی قبول وګرځی عرض دا دی چه محمدولی زاری زما شوهر او هم زما ترې دی دا یو مهربان او درنه اهلان ښاوند دی او دهیڅه هر وقت نه حلف او ټګ کړی او اسیدی ده چه چاسو محمدولی زاری سره نه حلف او ټګ وکړی دا به ستا سو لوی مهربانی او مدت وی پا محترم.

مرضیه

1730-1545872-4

کنشت نمبر

**[Letter #9]**

**[From: Khalidah]**

**I,** ▉▉▉▉▉▉ daughter of Gul and Mohammad Wali Zazi is a fraternal cousin of my father. We know Mohammad Wali very well, he is social and good man, no one has a bad memory from him. Secondly he sympathized with everyone, he was a hard working man. We confirm his good character and good faith that the great lord bestowed upon him.

Respectfully,

National Identity Card No: GP-10778877671.

Finger print.

9

Honorable Jongleeson
united states District
court Judge.

زه خالده د گل لور یم او محمد ولی زازی زما د پلار
تره زوی دی. محمد ولی مونږ د یرمنځ پیښو نه یو اګاهی
وحشت و نساندادلته څوک دهغه تحر یره نا فر ما نی
د غم هغه جوړه اشری خپلہ نمدردی کری او یو غزیبکار او
کار یګر وښری مو دغم د خپش رحمدی او د مښر (ایمان
څه هغه اللہ پاک ورکری تصدیق کوم پہ حترام

(GP-1077887767)
کارټبر

**[Letter #14]**

**[From: Fareshta]**

**Honorable John Gleeson, United States District Court Judge.**

Honorable and respectable Judge:

I, ▇▇▇▇ Daughter of Taj Malok, Identity Card No: CD-10784065081, want to present my petition to your honor and hope it would be granted in your court. Mohammad Wali Zazi is my maternal cousin and resides in the United States. As Wali Zazi is a fine and good human being, we, all relatives, have good memories from him and hope that you would help Wali Zazi.

Respectfully,

▇▇▇▇   Finger print.

14

Honorable Jong leeson
united states district
court Judje.
CD-10784065081 کارټنمبر

جناب محترم جج صاحب         زه فرمنشته ديد حاجر ناج ګڼلوف
درکښيونيو او سيد و نګی
نبل عرض مساس محترم مشورته د هراندی کوم
اميردے چه مستانگ به حضور قبول وکړئ

ممدولی خښی زما ترور ترونګ دی او يه امريکالی
او سيرولی دی چون ولی غاځی يونيک او ښه انسان دی
مونږ ټول رښتيا دارن د هنفشخذيرڼ ښه حاضره لرو
نو هيله دی چه ولی غاځی سره مرسته وکړی

به احترام قربت

[fingerprint]

14

**[Letter #15]**

**[From: Ramazan]**

Honorable John Gleeson, United States District Court Judge.

Honorable Judge:

I, ███ son of Taj Malok, a resident of Paktia Province, want to present my petition to your honor. Mr. Mohammad Wali Zazi who resides in the United States is my maternal cousin. He is a fine and good human being and we have very good memories of him because Mohammad Wali Zazi helped financially, in accordance with his financial position, in digging deep wells in Koohi area, in building bridges and helping sick people.

Honorable Judge! It is our request from you to help Mohammad Wali Zazi in his case.

Respectfull,

Finger print.

Identity Card No: GP-10798487831.

Honorable Jongleeson United States. District Court.

= محترم جج صاحب :
زه رمضان ولد تاج ملوک دېکنيا ولايت او سبدو ټکۍ خپل عرض پتاسی حضور ته وړاندی کوم.
محترم محمد ولی ژاژی چه پله USA کې تعینې کوی دا زما د تعور زوی دی . ډېر ښه او نيک انسان دی. 
معنبر ډېر سېل خالهو وېختله لرو . څکه چه محمد ولی ژاژی دوس د مطابق د کوهي پله جاګانې بيليجک او د مريضانو سره ډېر مرستي کړی.

نو جج صاحب زموږ ستاسو څخه دا درخواست دی. چه پدی سينله ( کيس ) د ژاژی سره مرستنه او کمک کوو . پر احترام 
( Gp-10798487831 )
کارټ نمبر