# EXHIBIT F

**[Letter #4]**

**[From: Mohammad Assil s/o Mangal].**

*Honorable Judge John Gleeson, United Sttes District Court Judge:*

**I,** Mohammad Assil, son of Mangal from Zazi's tribe citizen of Afghanistan, Nation Identification Card No: CT-10790091181, very respectfully wire here that:

Mohammad Wali Zazi is like my brother and I also know him not only as a relative. He was driving a truck here with very low wages, he took the responsibility of his family as a head of the household, he was working around to get sustenance for his family, he was a hard working man, he was friendly with everyone and say hello to everyone with smiling face. People liked him and respected him because he was a person of good character and nice behavior. He respected the elders and was kind to the younger. He did not like political parties or organizations, he was always concentrating on how and where to find food and clothes for his family. He did not hang around uselessly with other people and he liked people of good character and he mostly concentrated on his work. He worked very hard here to provide everything for his family and then when his income here was insufficient for his family, I think, he went abroad to work because there were good opportunity to work. He wanted to have a happy life for himself and for his family.

I kindly offer the above letter to the concerned place.

Respectfully,    Finger print.

4

Honrable Janglee Jan   United States
Distviet court Judje

نه محمد اجمیل دمشقل خوی یہ قوم حاجی CT 10790091118L کاتی أفغا زبستیزن

یہ ہبردرائنت مسوہ لیکم جی !

[Body text in Pashto/Urdu handwriting — several paragraphs]

یونہ کیلکنہ یہ دبر احترام مسرہ اروونہ حاجی تورپراندی کم .

یہ دربافدی



4

**[LETTER #13]**

**[From: Ahmad Zazi]**

**Honorable John Gleeson, United States District Court Judge.**

Honorable and respectable judge:

I, Ahmad Zazi son of Shahzadah Suliman Identity Card NO: CD-1076685362, am presenting my petition to your honor and hope it would be granted in your honor court.    Mohammad Wali Zazi is a fellow neighbor in my village, he resides in the United States now.  Since Wali Zazi is a fine and kind person, we have very good memories from him.  We hope that you would help Mohammad Wali Zazi.

Thank you.

Finger print.

Honorable    Tongleeson
United   States  District
court Judje.

CD- 10766853621    کارتمبر ١٠

جناب محترم جبج  حماّ زری بلد شھزا پاکیستان نازوی

ورائندی کرم اسیر دی چد ستا شوید خفور قبول  وکرم فی

محدوک زازی زما کلسوال دی یه امریکی کی روستید فزکی دی

چون ولی زازی یونیک او مهربان او با شخصیت انسان دی

دی دهفم خفم دیره نینه غاطره سرو ؟

لو ھیلم دی جی ولی زازی شره مرستم وکری

یه درر فاوی ٢٢



13

**[ LETTER #1**
**From Edriss] ]translated from Pashto Language.]**

*Honorable John Gleeson, United States Court.*

I, Idriss son of Sarwar, resident of Paktia Province, National Identification No: CT-10747837931.  I know Mohammad Wali Zazi very well.  He is our relative and a resident of our village.  Of course this man has no contact with any party or an organization, he has good reputation in our village and among our people and we are all happy happy with him.

Respectfully.   Finger print.

Honorable JON Gleeson
united States District court.

CT-107 47837931 زه ادويش دسدهزوى ديکيشا والين اکميدتگي کاؤ

محمدول زازى زه پہ صح معنويشه بينزتم ۔ زمونږزستقتءدار

هم دى او کلى دال هم مش البتهرا سرى پہ کوم تنظيم او

پارتى سره تعلق هم نده پہ کلى دالى او گوند کى بنه

ريکارد لري او نوں ورنجه راهى يه يہ اهتنام

**[Translation of Lettrer #2**

**From:  Bibi Khanum]**

*Honorable Hohn Gleeson, United States Court.*

I, Bibi Khanum, daughter of Haji Suliman Shah, I.D Card # GP-10786574371
Mohammad Wali Zazi is a good human being, relatives and friends all love him, I swear
by God that he did not cheat or mistreated anyone and that is why all relatives and
neighbors love him.

Respectfully,  Finger print.

2

Honerable Jon Gleeson,
united states District court.

GP 10786574371 څخه

زه ګاکن عالم ولد حاجی سلمان شاه
محمدوکي زرای، یوسپنه انسان د کس د خپلوانو

اوکتنته دارو دهفه شره دیره مینه اوحبت وی
شره اوشه دچاشره جماع نوح دوکم اوعلمی
ندی کړی هرامص دی که دهفه شری توان
کونداپان دوخپلوان مینه اوحبت کرک پ جمتړام

٢

*[LETTER #5]*

*[FROM: GHANAM GUL]*

**Honorable John Gleeson, United States District Court Judge:**

I, Ghanam Gul, son of Rahimuddin, from Zazi's tribe, a Citizen of Afghanistan, National Identity Card No: GP-10796205121.

This man which I know him very well that he is not connected to any Political Party or any other Organization and he is a working man. I know him since a very long time that he was driving a taxi here working very hard to earn the money for his family expenses. When he could not earn enough here, he had no other way but to borrowed money and go abroad so he could earn enough for his family's expenses. I confirm that he is a harmless human being and he is a laborer that went for work abroad with borrowed money.

Respectfully,

Ghanm Gul

Finger print.

5

Honrable Jonglee jan united states
Distvict court Judje

زه غنم ګل د ر حيم الدين ځوی په قوم ځاځی د ( GP10796205121 )
افغان Afghan citizen

دغه سبب چه زه په دی په تو له معنی پیښ نم چی هیڅ پوه تنظیم او کړی پ
سره ار تبا طا ت نه لری او غن پہ کاره ا سان دی
نه په د پ پ پاخوا څعه پیش نم چه د لته پیکسی چلو ی او خپله منزوری
او غن پ کی او له او د خپلی کورنی لپاره ئی د نفقه لپاره د نه لری
کس پیسی او نیستی کله بله ده بله چاره نه در لوده او پیسی پی قرض لری
او خارج تہ لاړ د نژ ۳ و ختو او لا رود نه ته نفقه پ لری نه پی
تعد پوه کوم چی پو پی ض ده ا سان دی او غن پ کار سپ که دی
او من دورتی کی لو لپاره خارج ته د قرض ون په پیسو بانری تللی دی

با احترا م ٣ - غنم ګل



**{ LETTER #6]**

**[From Haroon]**

Honorable John Gleeson, United States District Court Judge:

This man which I know him very well that he is not connected to any Political Party or an organization, he is a working man and I know him since a long time.  He used to drive a taxi here, he was working hard to earn the sustenance for him family.  Since he was very poor he had to borrow money and went abroad so he can get enough money for his family expenses.  I confirm that he is a harmless human being, he is  a hard working man that went abroad with borrowed money so he can support his family.

Signature [Illegible]

Finger print.

The Honorable Jangtee jan united states District
Court Judje
Afghan citizen

زه هارون ولد عنم ګل
و
و

دغه ممري چي زه پي په ټوله معنا بيرتنم پي هيخ يو تنظيم او ګروپ سره ارتباطات
نلري او غريب کاره انسان دی زه پي د ميريتختواتغه بيرتنم چي دلته پي ټيکسي
چلاوله او ښيبلو ميزدوری پي کوله او ضياني کوربي لپاره نفقه ټکله
او داپري غربيبي او نستي له تبله ده بله پاره نه درلودله او پيسي پي قرض کړي دوه
او ننارختم ته لاررم

ترشو ښيلو او لا دننو ته نفقه پيبا کمي زه پي تصديق کوم پي يو پن فره انسان
دی

او غريب کاره سرت دی او د مزدورت دکولو لپاره ننارختم د قرضي پي پيسو
تللي دی

وا احترام

**[LETTER #8]**

**[From: Aashor]**

Honorable John Gleeson, United States District Court Judge:

I, Aashor, son of Rahimuddin, from Zazi's tribe, Afghani citizen, National Identification Card No: UMQ-1000451236.   I know him since a long time, he used to drive a Taxi here, he was working hard to earn sustenance for his family.   Since he was very poor he had to borrow money and went abroad so he can earn money for his family expenses.   I know this man very well, he has no connection with any political party or other organization, he is a person who used to work for his living and I confirm that he is a harmless human being that worked hard to earn his living.   He borrowed money to go abroad and work.

Respectfully,

Aashor.

Finger print.

8

Honorable  Jonglee  jan  united  states

District  court  Judge

(

نه ه ماشو ب د د حم الد ین څوک په قوم خاکی د (

UN ♯ 1000451236  ، Afghan citizen

نه پو ده پیرس پعوا خعمه پیم نم چ مد لته ټیکسی چلوی او خپله مزدوری

او عن پیتی کوله او د خپلو کور د قم لپاره پی نفقه کچه ده پرمه عن پیله

او نیتک لم کبله ده بله چاره نه در لوده او پیسی پو قرض کری او خارج

ته لا پر د ترخو خپلو او لا دو نو ته نفقه پید آور دی دغه سری چه دز هیی

په تولو معتل پیل نم چه هیچ پو تنظیم آوند په سره ار تباطات

نه لری او عن پیکمانه انسان دی نه زه پو تعد بق کوم چه پو بو

ضز ره انسان دی او عن پیمانه انسان دی او د من دددکی کل لو لپاره

د قرض په پیسو بانی تللی دی

با احترام - ماشوب

**[Letter #16]**

**[From:  Hedayat Shah]**

Honorable John Gleeson, United States District Court.

Honorable Judge:

I, Hedayat Shah son of Yar Shah, resident of Paktia Province, want to present my petition to your honor.  Mohammad Wali Zazi who resides in the United States is from my village and he is a fine human being.  We feel very good about him, he helped us financially when we were sick .  Honorable Judge! We request your help, please help him in his case.

Hedayat-   Finger print.

Identity Card No: GP-10710780471.

Honorable   Jon Gleeson

United  States District Court.

محترم جج صاحب :

نو صلاحیت مشاه د پارپشاه زوی د ټیکپا ولایت او میدنگی صیله عرضمنے سنای ټپو میلندی کوم.

محمد ولی رازک چلے پلے United States کښی ټولنرکی دا زما کلروال دی. یو ښلے انسان دی.

سوبز ورحښله خوشحالے یی. موبزه سره د ببصاری پاے لحظله کښی سبله زپه دخلا صله امراز کمری دی.

جج صاحب :

زسرین ستاسو صله دا درخواست دی. چله پلے دی وخت کښی ستاسو خصر مرستے اوکمک غواری. چلے هفلے سره دا صلک سنے کمک ترنی.

(GP-107107 80 471)  کارویز

**[Letter #17]**

**[From: Mohammad Naim]**

Honorable John Gleeson, United States District Court Judge.

I, Mohammad Naim son of Mohammad Hassan, from Anhstoon tribe, resident of Kundoz Province. I know this man Mohammad Wali Zazi very well. He is our friend and he is a very fine human being. Since I know him he has helped me and his relatives financially and he is also a man of good character, he left his country because he had financial problems and he went to [2 words illegible]. I know him and he is a poor person and good human being.

Respectfully,

Finger print.

Finger print: GP-11427713561.

17

Honorable Jon gleeson
united states District
court Judje.

زہ محمد یعقوب حسن زدی یہ قوم اخسون دکندرو والایک رکوشیدنگی
دغیژگو قروگ زاری چہ چو حوذنژدی نہ لی پیشتم دارامویژ گوندی دی
دومینہ اونیگ پنان دی دکوم وقت تخا یی می ہیشتم رامویژ سرہ
اودریشتہ دارانو شرء یی ہم ہادی مشیتہ کری اوگم دینہ رخدق
خاوندوی دا دیجیدریت قمر خیل مگک یرسینی اد اوکی شہ ورواردی
نو نہ یہ پیشتم دا یوغریب کارہ دوسنہ رپنا ن وی. یہ اخترلم

GP. 114277135 81

کارت نمبر

**[Letter #18 and #19]**

**[From Ismael and Najia]**

Honorable John Gleeson United States District Court Judge.

I, Ismael son of Abdul Manan, from Jaji tribe card No: UCCISC119937 a citizen of Afghanistan and Identity Card #K{PK  CC 10739187641.

This man who I know very well does not have connection with any political party or an organization.  He is a working man and I know him since a long time he used to drive a taxi here and was earning his living to support his family.  Since he was very poor, he had to borrow money to go abroad so he could earn more money for the expenses of his family.  I certify that he is a harmless human being, he is a poor man and went abroad to work by borrowed money.

Respectfully,

Ismael.   Finger print.

Date: 10/30/2011

**[Letter #19]**

**[From: Najia]**

Honorable John Gleeson, United States District Court Judge.

Honorable and respectable Judge:

I, Najia, present my petition to your honor and hope it would be granted in your honor court.  Mohammad Wali Zazi is my cousin who resides in the united States.  Since Mohammad Wali Zazi is a fine, good and kind person, we, all relatives, have good memories of him.  Hope you would help Mohammad Wali Zazi.

Thanks,

Najia-   Finger print.

18

Honorable Jonglee son
u.s.t united states
District court Judje

زه اسماعیل د حاجی عبدالمنان زوی ه قوم شاخی د U.CC ISC 119937
افغان KPK CO 10239187641/Afghan citizen

دہ تنظیم اورکروپ سره د رایلہ صفی ہیش رکم پن پہ ح
زوئی ہم سره د جواہ پینک نم ہو د لہ ہمنتی چلورادہ خیلہ منزوری اور
ہیکہ کولور اندہ جنگاکنگی بیمار الران نی لنگہ کہ گونل دور ای مزہ رخ
لابوترہ عتہ غتہ واد لا داتیہ نہ لنگہ ہیدکگہ زہ نی تصدیق کوم بی یہ خو
انسان دی اور تکریب کار مسہری کی ، اہ سندرہ حی کہ دوایہ لی ہن خارج نہ
دوقنے کہ مسہدہ ای تاری ۔ ہا خریم (اسماعیل )

Date 2011/10/30

─────────────────────

Honorable . Jonglee son united States
District court Judje.

GP - 1071912563 کی

جناب محترم جج صا زیفر ھناجیم خیں عرفہ تاکہ
محترم حضورتہ ورانیہ کوم .
امیدری جہ کہ شی یہ حضور فیول وکری
محدوک زازی زما تروروزوی دی بے امریکی کی
اوسیدروکی دی پوہہ وکی زازی یو نیک اومعدبان
اوسیم انسان دی مونزرتول دنشتہ داران
د۴م خخم دیرہ سیم خاطرہ لرو
لو۴یم دی جہ وی زازی سرگ مرستہ وکری
بے در ناوی

ناجیم

19

To:

United State District Court
225 Cadman plaza East
Brooklyn,
NY11201

Mohammed Hashem
130 Cross Road
Coventry
CV6 5GS

08/11/2011

Dear Honourable Judge John Gleeson

**A humble request.**

I would like to make this request to honourable judge John Gleeson, NOT to sentence my aunt's son to jail term.

My name is Mohammed Hashem I live at the above address I am a citizen of the United Kingdom. I make this request because my aunt's son is an honest and trustworthy man. His name is Mohammed Wali Zazi. He is a responsible man to his family and children, and that being away will be most difficult time to his family and children.

Thanks for considering this request.

Yours sincerely

Mohammed Hashem

786                              11-07-2011

To: The Honerable John Glersson
united states District Judge. I am
Naiz m Khan Living in the U.S.A
since 13teen Years. I am Green ravd
holder and Living in Flushing community.
I know wali zazi since 1999,
he is thruthful, honest and respected
Person. He is happy and smiling with
Friends and family. I request Please
Do not give him any jail time to him.
His family needs him and They have been
Thur hard time since 2009. He is only
one now in his family.

Sincery
Naiz m Khan
[signature]                646 251 5576