

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMB:BWB
F.#2010R00172

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

January 23, 2012

<u>By Hand Delivery and ECF</u>

The Honorable John Gleeson
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11202

      Re:  United States v. Mohammed Wali Zazi
          <u>Criminal Docket No. 10-60 (JG)</u>

Dear Judge Gleeson:

    Sentencing in this case is scheduled for Friday, January 27, 2012 at 2:00 pm.  The government is in receipt of the defendant's sentencing memorandum, filed with the Court today.  The government respectfully requests a brief adjournment of the sentencing to allow it sufficient time to respond to the defendant's submission.  Defense counsel does not object to this request.  Both parties are available in the afternoon on January 31, or February 1, 2 or 3.

                          Respectfully Submitted,

                          LORETTA E. LYNCH
                          United States Attorney

          By:   /s/
                Berit W. Berger
                Assistant U.S. Attorney
                (718) 254-6134

cc:  Clerk of the Court (JG) (by ECF)
     Defense Counsel (by email)