
COLSON & HARRIS LLP

10 East 40th Street
Suite 3307
New York, NY 10016

T 212-257-6455
F 212-257-6453

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 14 2012 ★

BROOKLYN OFFICE

February 13, 2012

APPLICATION GRANTED

s/John Gleeson

UNITED STATES DISTRICT JUDGE
2/14/12

By E-Mail

Honorable John Gleeson
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: *U.S. v. Mohammed Zazi,* 10 Cr. 60

Dear Judge Gleeson:

Following his arrest in February 2010, Mr. Zazi was released on a $50,000 bond secured by $20,000 cash. Now that he has been sentenced, attached please find a proposed order returning the bail money to Mr. Zazi's brother, Afzal.

In addition, upon consultation with Mr. Zazi's family, we respectfully request that the Court recommend to the Bureau of Prisons that Mr. Zazi be designated to a prison near Denver, Colorado.

Thank you for your consideration.

Very truly yours,

/s/

Deborah Colson
(212) 257-6452

cc:  AUSA Berit Berger

Enclosure

4954.DOCX