UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA

-against-

MOHAMMED ZAZI

        Defendant
-------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 14 2012 ★
BROOKLYN OFFICE

ORDER

10 CR 60

Upon application of the defendant, Mohammed Zazi, through his attorney, Deborah Colson, it is hereby ORDERED:

That the Clerk of Court release and return the $20,000 cash bail posted in this case to Mr. Zazi's brother, Afzal Zazi at: 3428 Palgrave Road, Mississauga, Ontario, Canada L5B2H1.

DATED:    February 14, 2012
               Brooklyn, NY

                                            s/John Gleeson
                                            Hon. John Gleeson
                                            United States District Judge
                                            Eastern District of New York

4954.DOCX